UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MOORE,<br><br>                Plaintiff,<br><br>v.<br><br>JOE LANKFORD, MERCEDES ARELLANO, R. BUCKEL, AND DAVID STRUMSKI,<br><br>                Defendants. | Case No.: 19CV2406-DMS (BLM)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO TAKE THE DEPOSITION OF PLAINTIFF, AN INCARCERATED PERSON**<br><br>**[ECF No. 34]** |

On December 29, 2020, Defendants filed an *Ex Parte* Application to Take the Deposition of Plaintiff, An Incarcerated Person. ECF No. 34. Defendants seek an order permitting them to take "the deposition of Plaintiff Robert Moore, CDCR No. H23858, an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR), to be scheduled by Defendants upon reasonable notice" and "by remote means with the court reporter and counsel in different locations from the deponent under Federal Rule of Civil Procedure 30(b)(4)if they choose." Id. at 2; see also ECF No. 30-1 at ¶ 4.   In support, Defendants state that the request is made in accordance with Federal Rules of Civil Procedure 30(a)(2)(B) and that "[t]here are no factors that would prevent Defendants from deposing Plaintiff." Id.

Good cause appearing, Defendants' motion is **GRANTED**.  Defendants may depose

1

Plaintiff Robert Moore, CDCR No. H23858 in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, including the presence of correctional officers during the deposition, and may take the deposition by remote means with the court reporter and counsel in different locations from the deponent if they choose.

**IT IS SO ORDERED**.

Dated:  12/30/2020

Hon. Barbara L. Major
United States Magistrate Judge