UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MOORE,<br><br>                          Plaintiff,<br><br>v.<br><br>JOE LANKFORD, MERCEDES ARELLANO, R. BUCKEL, AND DAVID STRUMSKI,<br><br>                        Defendants. | Case No.:  19CV2406-DMS (BLM)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF NO. 51]** |

     On June 26, 2020, the Court scheduled a Mandatory Settlement Conference ("MSC") in this matter for May 10, 2021 at 9:30 a.m.  ECF No. 18.

     On April 2, 2021, the Court issued an order converting the MSC to videoconference and issuing updated procedures.  ECF No. 49.

     On April 9, 2021, Defendants filed an *Ex Parte* Application to Continue Mandatory Settlement Conference.  ECF No. 51.   Defendants seek to continue the May 10, 2021 MSC to May 12, 14, 18, 25, or 31, 2021.  Id. at 1.  In support, Defendants state that

> Counsel for the Defendants has a Mandatory Settlement Conference in the matter of *Valdez v. Zang, et al.*, U.S. Southern District Case No. 3:20-cv-00736-JLS-WVG, also set for May 10, 2021, at 9:00 a.m.  (ECF 18.)  Counsel for the Defendants is

therefore not available for the settlement conference in this matter.

Id. at 2; see also ECF No. 51-1, Declaration of Christopher H. Findley at ¶ 2. Defendants further state that "Defendants and the prison where the Plaintiff is incarcerated are available for a video settlement conference on the" proposed dates.  Id.; see also Findley Decl. at ¶ 3.

Good cause appearing, Defendants' motion is **GRANTED**.  The MSC scheduled for May 10, 2021 is **CONTINUED** to **May 12, 2021** at **9:30 a.m.**  No later than **April 29, 2021**, counsel for each party shall send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the MSC participant information and submit directly to Magistrate Judge Major's chambers confidential settlement statements no more than ten (10) pages in length.  All dates, deadlines, procedures, and requirements set forth in the Court's Scheduling Order [ECF No. 18] and Order Converting Mandatory Settlement Conference to Videoconference [ECF No. 49] remain in place, except as explicitly modified by this Order.

**IT IS SO ORDERED**.

Dated:  4/9/2021

Hon. Barbara L. Major
United States Magistrate Judge