1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| **ROBERT MOORE,** | Case No. 3:19-cv-02406-DMS-BLM |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| **JOE LANKFORD, et al.,** | |
| Defendants. | |

On May 25, 2021, the parties filed a Joint Motion to Dismiss this action in its entirety with prejudice, including all claims against Defendants J. Lankford, M. Arellano, D. Strumsky, and R. Buckel. The Court **GRANTS** the Motion and dismisses this action with prejudice.

**IT IS SO ORDERED**.

Dated: May 25, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court